IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MICHAEL CHARLTON, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MADRIGAL PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 1:26-cv-12410 |

**DEFENDANT MADRIGAL PHARMACEUTICALS, INC.'S**
**NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Madrigal Pharmaceuticals, Inc. ("Madrigal Pharmaceuticals") states as follows:

1. Madrigal Pharmaceuticals is a publicly traded corporation.
2. Madrigal Pharmaceuticals does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.
3. Madrigal Pharmaceuticals identifies the following affiliates that own more than 5% of Madrigal Pharmaceutical's outstanding common stock:
   a. Avoro Capital Advisors LLC;
   b. Janus Henderson Group plc;
   c. Paul Friedman, Rebecca Taub and SQN, LLC (collectively);
   d. The Vanguard Group;
   e. Baker Brothers Advisors LP; and
   f. Paulson & Co. Inc.

Date: November 24, 2026

Respectfully submitted,

By: /s/_William C. Jackson______________

William C. Jackson *(pro hac vice pending)*
**GOODWIN PROCTER, LLP**
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4216
Email: WJackson@goodwinlaw.com

Jennifer Merrigan Fay (*pro hac vice pending*)
**GOODWIN PROCTER, LLP**
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1943
Email: jfay@goodwinlaw.com

*Counsel for Defendant Madrigal Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026 I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ William C. Jackson*
William C. Jackson