IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MICHAEL CHARLTON, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MADRIGAL PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 1:26-cv-12410 |

**JOINT MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE**

Plaintiff Michael Charlton ("Plaintiff") and Defendant Madrigal Pharmaceuticals, Inc. ("Defendant") (collectively, "the Parties"), by and through their attorneys, jointly move to extend the deadline for Defendant's response to Plaintiff's Complaint, and to establish a briefing schedule in the event Defendant responds in the form of a motion to dismiss. In support of their motion, the Parties state as follows:

1. Plaintiff filed the Complaint (ECF No. 1) on October 9, 2026.

2. Defendant agreed to waive service of the Complaint on October 28, 2026 (ECF No. 5).

3. Pursuant to the Waiver of the Service of Summons and Fed. R. Civ. P. 4(d)(3), Defendant's deadline to respond to the Complaint is December 8, 2026.

4. Defendant requires additional time to investigate the allegations in the Complaint and prepare its response to the Complaint, and the Parties desire a briefing schedule that accommodates intervening holiday periods and anticipated Court closures. Defendant

respectfully requests a fourteen (14) day extension of time, to and including December 22, 2026, to answer or otherwise respond to Plaintiff's Complaint.

5. The Parties have met and conferred and Plaintiff has agreed to Defendant's request. In the event that Defendant responds to Plaintiff's Complaint in the form of a motion to dismiss, the Parties propose the following briefing schedule:

a. Plaintiff's opposition to Defendant's motion to dismiss shall be filed on January 26, 2027; and

b. The Parties shall meet and confer during briefing to reach mutual agreement on a deadline for Defendant's reply brief, if any, in support of its motion to dismiss.

6. This request is made in good faith and not for the purpose of delay, and the Parties respectfully submit that good cause exists for their request, as explained above.

WHEREFORE, for the above reasons, the Parties respectfully request the following proposed schedule:

a. Defendant's response to Plaintiff's Complaint will be due on December 22, 2026;

b. If Defendant files a motion to dismiss, Plaintiff's response in opposition thereto, if any, will be due on January 26, 2027; and

c. The Parties shall meet and confer during briefing to reach mutual agreement on a deadline for Defendant's reply brief, if any, in support of its motion to dismiss.

Date: November 24, 2026

By: *<u>/s/ Jeffrey R. Kulwin (with permission)</u>*
Jeffrey R. Kulwin
**KULWIN, MASCIOPINTO & KULWIN, LLP**
161 North Clark Street, Suite 2500
Chicago, IL 60601
Phone: (312) 641-0300
Email: jkulwin@kmklawllp.com

*Counsel for Plaintiff Michael Charlton*

Respectfully submitted,

By: *<u>/s/ William C. Jackson</u>*
William C. Jackson *(pro hac vice pending)*
**GOODWIN PROCTER, LLP**
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4216
Email: WJackson@goodwinlaw.com

Jennifer Merrigan Fay (*pro hac vice pending*)
**GOODWIN PROCTER, LLP**
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1943
Email: jfay@goodwinlaw.com

*Counsel for Defendant Madrigal Pharmaceuticals, Inc.*