IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MICHAEL CHARLTON, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>MADRIGAL PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 1:26-cv-12410 |

**NOTICE JOINT MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE AND NOTICE OF PRESENTMENT**

PLEASE TAKE NOTICE that Defendant Madrigal Pharmaceuticals, Inc., by their undersigned counsel, shall appear on Thursday, December 3, 2026 at 9:30 am or as soon thereafter as they may be heard, before the Honorable Judge Jorge L. Alonso in Courtroom 1903 in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Chicago, Illinois. Parties will present their joint motion for extension of time to answer or otherwise respond to Plaintiff's complaint.

Date: November 24, 2026

Respectfully submitted,

By: *<u>/s/ William C. Jackson</u>*
William C. Jackson *(pro hac vice pending)*
**GOODWIN PROCTER, LLP**
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4216
Email: WJackson@goodwinlaw.com

Jennifer Merrigan Fay (*pro hac vice pending*)
**GOODWIN PROCTER, LLP**
100 Northern Avenue

Boston, MA 02210
Phone: (617) 570-1943
Email: jfay@goodwinlaw.com

*Counsel for Defendant Madrigal Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I, William C. Jackson, hereby certify that on November 24, 2026, I caused the foregoing to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated: November 24, 2026,

By: */s/ William C. Jackson*
William C. Jackson